UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Javon Epps

v. Case No. 26-cv-428-SM

Strafford County Department of Corrections, Superintendent

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 20, 2026, for the reasons set forth therein. The Petition (doc. no. 1) is dismissed without prejudice for lack of exhaustion, and the court denies a certificate of appealability, see Slack v. McDaniel, 529 U.S. 473, 484 (2000); Winburn v. Nagy, 956 F.3d 909, 912 (6th Cir. 2020). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter judgment and close the case.

**So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: August 18, 2026

cc: Javon Epps, pro se